## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Philip A. Brimmer

Civil Case No. 09-cv-01857-PAB-MJW

KATHY "CARGO" RODEMAN,

    Plaintiff,

v.

ERIK FOSTER, individually and in his official capacity as an Officer with the Oak Creek, Colorado Police Department,
RUSSELL CATERINICCHIO, individually and in his official capacity as Chief of the Oak Creek, Colorado Police Department,
THE TOWN OF OAK CREEK, COLORADO, and
Oak Creek Town Board Members
J. ELIOT, individually and in his official capacity as Town Board Member,
CHUCK WISECUP, individually and in his official capacity as Town Board Member,
DAVE FISHER, individually and in his official capacity as Town Board Member,
JOSH VOORHIS, individually and in his official capacity as Town Board Member,
WENDY GUSTAFSON, individually and in her official capacity as Town Board Member,
GERRY GREENWOOD, individually and in his official capacity as Town Board Member, and
DAVE EGE, individually and in his official capacity as Town Board Member,

    Defendants.
_____

### ORDER OF DISMISSAL OF CERTAIN PARTIES
_____

THIS MATTER comes before the Court upon the Stipulated Motion for Partial Dismissal [Docket No. 9]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion for Partial Dismissal [Docket No. 9] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against Oak Creek Town Board Members J. Eliot (correctly known as J. Elliott),

Chuck Wisecup, Dave Fisher, Josh Voorhis, Wendy Gustafson, Gerry Greenwood, and Dave Ege, in their individual capacities, are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against Oak Creek Town Board Members J. Eliot (correctly known as J. Elliott), Chuck Wisecup, Dave Fisher, Josh Voorhis, Wendy Gustafson, Gerry Greenwood, and Dave Ege, in their official capacities, are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.  It is further

**ORDERED** that the above-named dismissed defendants' names shall be removed from the case caption.

DATED September 25, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge