IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01857-PAB-MJW

KATHY "CARGO" RODEMAN,

Plaintiff(s),

v.

ERIK FOSTER, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that Defendants' Motion to Compel Discovery (docket no. 21) is **GRANTED**.  The parties shall reset Plaintiff's deposition forthwith, and Defendants shall have an additional one hour to complete Plaintiff's deposition.  The scope of this continued deposition shall be limited to inquiry about from whom Plaintiff purchases marijuana, how often she purchases marijuana, in what quantities she purchases marijuana, the type/blend of marijuana she purchases, and the amount of her personal use of marijuana daily, weekly, and monthly.

     Shoshanna Montoya, who was arrested with Plaintiff, has testified in her deposition that she smoked marijuana with Plaintiff while driving sometime before the incident in question in this case and before Plaintiff consumed at least three alcoholic beverages.  *See* deposition transcript of Shoshanna Montoya, exhibit A attached to the subject motion.

     During Plaintiff's deposition on January 14, 2010, Plaintiff admitted that she buys her marijuana from persons who are not legally authorized to dispense marijuana.  Plaintiff refused to identify the names of the people from whom she buys marijuana. *See* deposition transcript of Plaintiff, exhibit B attached to the subject motion.

     I find that such information concerning from whom Plaintiff purchases marijuana, how often she purchases marijuana, in what quantities she purchases marijuana, the type/blend of marijuana she purchases, and the amount of her personal use of marijuana daily, weekly, and monthly is relevant to the issues before this court.  In particular, such information is relevant on the issues of Plaintiff's credibility and psychological damages that are being claimed by Plaintiff.  Furthermore, such information may lead to admissible evidence concerning Plaintiff's use of marijuana on the night of the incident in question and her habit, custom, and practice as well as the

2

daily, weekly, or monthly use of marijuana.  Also, Plaintiff did not raise any recognized evidentiary objection when inquiry was made during her deposition in the area as required under Fed. R. Civ. P. 30(c).

Date:   February 24, 2010