## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 09-cv-01857-PAB-MJW | FTR - Courtroom A-502 |
| **Date:** June 28, 2010 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| KATHY "CARGO" RODEMAN, | Kristopher L. Hammond |
| Plaintiff(s), | |
| v. | |
| ERIK FOSTER, RUSSELL CATERINICCHIO, and THE TOWN OF OAK CREEK, COLORADO, | Gordon L. Vaughan |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTION HEARING
**Court in Session:** 3:15 p.m.
Court calls case. Appearances of counsel.

The Court raises defendants' Motion for Sanctions or Further Orders Compelling Discovery [Docket No. 29, Filed April 07, 2010] for oral argument.

Argument by Mr. Vaughan on behalf of defendants.
Argument by Mr. Hammond on behalf of plaintiff.
Plaintiff's counsel tenders to the Court a letter addressed "To Whom it May Concern" written by Plaintiff, dated June 3, 2010.

**It is ORDERED:** The letter addressed "To Whom it May Concern" written by Plaintiff, dated June 3, 2010, shall be filed **UNDER SEAL** and shall remain under seal until further order of the Court.

**It is ORDERED:** Defendants' Motion for Sanctions or Further Orders Compelling Discovery [Docket No. **29**, Filed April 07, 2010] is **GRANTED** for reasons as set forth on the record.

Plaintiff shall answer the questions as set forth. No sanctions are imposed. It is noted the correct date of the "incident" in the questions to be asked of Plaintiff [Docket No. 36] is July 19, 2008. Defendants shall have an additional one-and-one-half hours to depose the Plaintiff. The deposition shall be completed on or before AUGUST 13, 2010 and may be taken by telephone.

Plaintiff shall provide discovery regarding out-of-pocket expenses as described during certain depositions on or before JULY 28, 2010.

Defendants make an oral motion to extend the dispositive motions deadline.  With no objection from Plaintiff,

**It is ORDERED:**   The DISPOSITIVE MOTIONS DEADLINE is extended to **JULY 23, 2010.**
   The Scheduling Order [Docket No. 19] is amended accordingly.


Hearing concluded.
**Court in recess:**   3:34 p.m.
Total In-Court Time 00: 19

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free 1-800-962-3345.    FAX (303) 893-8305        www.AveryWoods.net