IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01857-PAB-MJW

KATHY "CARGO" RODEMAN,

     Plaintiff,

v.

ERIK FOSTER, individually and in his official capacity as an Officer with the Oak Creek,
     Colorado Police Department,
RUSSELL CATERINICCHIO, individually and in his official capacity as Chief of the Oak
     Creek, Colorado Police Department, and
THE TOWN OF OAK CREEK, COLORADO,

     Defendants.

_____

# ORDER

_____

     THIS MATTER comes before the Court upon the Stipulated Motion for Partial

Dismissal [Docket No. 61]. The Court has reviewed the pleading and is fully advised in

the premises. It is

     **ORDERED** that the Stipulated Motion for Partial Dismissal [Docket No. 61] is

GRANTED. It is further

     **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant

Russell Caterinicchio, in his individual and official capacities, are dismissed with

prejudice, with each party to bear its own attorneys' fees and costs. It is further

     **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant

Town of Oak Creek, Colorado, with the exception of the Twelfth Claim for Relief for

respondeat superior liability for the state tort claims for relief that remain against

defendant Erik Foster, are dismissed with prejudice, with each party to bear its own

attorneys' fees and costs.

DATED September 10, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge