IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01857-PAB-MJW

KATHY "CARGO" RODEMAN,

Plaintiff,

v.

ERIK FOSTER and
THE TOWN OF OAK CREEK, COLORADO,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that Plaintiff's Motion to Reconsider Order on Sanctions (docket no. 75) is GRANTED finding good cause shown. Based upon the affidavit by Plaintiff attached to the subject motion, I find that sanctions should not be imposed against Plaintiff's counsel Kristopher L. Hammond and Adam Wyatt Mayo but only against Plaintiff Kathy "Cargo" Rodeman. Accordingly, the court's minute order on sanctions dated September 29, 2010 (docket no.74) is amended consistent with this minute order.

Date: October 27, 2010