IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01857-PAB-MJW

KATHY "CARGO" RODEMAN,

Plaintiff,

v.

ERIK FOSTER and
THE TOWN OF OAK CREEK, COLORADO,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      Based upon the Stipulation to Amount of Attorney Fees and Costs, DN 78, filed with the Court on October 15, 2010, which this court views as a stipulated motion, it is hereby ORDERED that the stipulation [motion] is approved and made an order of the Court.

      FURTHER, it is ORDERED that the Plaintiff shall pay to the Defendants the amount of $5,500.00 as stipulated to in their Stipulation [motion] to Amount of Attorney Fees and Costs, by November 30, 2010.

Date:  November 16, 2010