IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01857-PAB-MJW

KATHY "CARGO" RODEMAN,

    Plaintiff,

v.

ERIK FOSTER, individually and in his official capacity as an Officer with the Oak Creek,
    Colorado Police Department, and
THE TOWN OF OAK CREEK, COLORADO,

    Defendants.

_____

**ORDER**
_____

    This matter comes before the Court on the Motion to Withdraw as Counsel for Plaintiff [Docket No. 98] filed by plaintiff's counsel. As grounds for the motion, counsel indicates that plaintiff does not want him to represent her and has requested that he withdraw. Counsel also indicates he has provided plaintiff with notice that, if the Court grants the motion to withdraw, plaintiff will be responsible for complying with all court orders and time limitations. *See* D.C.COLO.LCivR 83.3D. Defendant does not object.

    The Court finds that plaintiff's counsel has stated good cause for his withdrawal. Plaintiff is reminded that she is responsible for complying with all deadlines, including the deadlines associated with the April 19 trial, and attending all hearings, including the hearings set on March 15, 2011 and March 28, 2011. Wherefore, it is

    ORDERED that the Motion to Withdraw as Counsel for Plaintiff [Docket No. 98] filed by plaintiff's counsel Kristopher L. Hammond is GRANTED.

DATED February 22, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge