# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  09-cv-01857-PAB-MJW           FTR - Courtroom A-502

**Date:**  March 15, 2011                          Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                                                <u>Counsel</u>

KATHY "CARGO" RODEMAN,                              Lonn M. Heymann

    Plaintiff(s),

v.

ERIK FOSTER,  and                                   Gordon L. Vaughan
THE TOWN OF OAK CREEK, COLORADO,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    **MOTION  HEARING**
**Court in Session:**    1:30  p.m.
Court calls case.  Appearances of counsel.

The Court raises Defendants' Motion to Find Plaintiff in Contempt of Court for argument. Neither side presents oral argument.

**It is ORDERED:**    Defendants' MOTION TO FIND PLAINTIFF IN CONTEMPT OF COURT [Docket No. **99**, filed February 14, 2011]   is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**    The Court's Order [Docket No. 83] entered November 16, 2010 is modified as follows:  The Plaintiff shall pay to the Defendants the amount of $5,500.00 in monthly payments of $25.00 (Twenty-five and no/100 dollars) each, due on the first of each month, for a total of 220 months, starting APRIL 01, 2011 and each consecutive month thereafter and continuing until the $5,500.00 is paid in full.

No interest amount is ordered.
Defendants may file an appropriate motion to request the amount be reduced to a judgment.

HEARING CONCLUDES.    **Court in recess:**  1:42 p.m. Total In-Court Time:   00:12

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.