**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks			Date: March 28, 2011
Court Reporter: Janet Coppock				Time: 3 hours and 24 minutes

**CASE NO.  09-cv-01857-PAB-MJW**

<u>Parties</u>							<u>Counsel</u>

**KATHY "CARGO" RODEMAN,**				Lonn Heymann
							Raymond Bryant

		Plaintiff (s),

vs.

**ERIK FOSTER, and**					Gordon Vaughn
**THE TOWN OF OAK CREEK,**				Ann Smith
**COLORADO,**

		Defendant (s).

**TRIAL PREPARATION CONFERENCE**

**1:06 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 5-day jury trial, commencing April 19, 2011.

Court and counsel discuss Judge Brimmer's Practice Standards, including jury selection of 9, voir dire limited to 15 minutes, opening statements limited to 30 minutes, witnesses and exhibits.

**Page Two**
**09-cv-01857-PAB-MJW**
**March 28, 2011**

**ORDERED:**   All witnesses will be **SEQUESTERED.**

**ORDERED:**   Plaintiff shall file her motion for punitive damages, limited to 5 pages as soon as possible.  Defendants may file their response, limited to 5 pages as soon as possible after plaintiff's motion is filed.

**Plaintiff's Motion in Limine (Doc #126), filed 3/18/11.**

Argument by Mr. Heymann.  Questions by the Court.

Argument by Mr. Bryant. Questions by the Court.

Argument by Mr. Vaughn.  Questions by the Court.

**3:15 p.m.**     **COURT IN RECESS**

**3:35 p.m.**     **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:**   Plaintiff's Motion in Limine (Doc #126), filed 3/18/11, **is GRANTED in PART and DENIED in PART.**

**Defendants' Motion in Limine (Doc #125), filed 3/18/11.**

Argument by Mr. Heymann.  Questions by the Court.

Argument by Mr. Bryant. Questions by the Court.

Argument by Mr. Vaughn.  Questions by the Court.

Court states its findings and conclusions.

**ORDERED:**   Defendants' Motion in Limine (Doc #125), filed 3/18/11, is **GRANTED in PART, DENIED in PART and TAKEN UNDER ADVISEMENT in PART.**

**4:50 p.m.**     **COURT IN RECESS**

**Total in court time:**     **204 minutes**

**Hearing concluded**