IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01857-PAB-MJW

KATHY "CARGO" RODEMAN,

    Plaintiff,

v.

ERIK FOSTER, individually and in his official capacity as an Officer with the Oak Creek,
    Colorado Police Department, and
THE TOWN OF OAK CREEK, COLORADO,

    Defendants.
_____

**ORDER**
_____

    This matter is before the Court on the parties' notice of settlement [Docket No. 142] and stipulated motion to dismiss a party [Docket No. 143]. The parties advise the Court that they have reached a settlement of this matter and request that defendant Sgt. Erik Foster be dismissed. The Court will, therefore, dismiss Sgt. Foster. Additionally, in light of the settlement and the parties' notice to the Court that a stipulated motion to dismiss the balance of the plaintiff's claims will not be filed until Friday, April 22, 2011, the Court finds it appropriate to vacate the trial currently set to begin on April 19, 2011. For the foregoing reasons, it is

    **ORDERED** that the parties' Stipulated Motion for Partial Dismissal with Prejudice [Docket No. 143] is **GRANTED**. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against Erik Foster, individually and in his official capacity as an Officer with the

Oak Creek, Colorado Police Department, are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that the trial in this matter, scheduled to begin April 19, 2011, is **VACATED**.

DATED April 12, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge