IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01857-PAB-MJW

KATHY "CARGO" RODEMAN,

    Plaintiff,

v.

THE TOWN OF OAK CREEK, COLORADO.

    Defendant.

_____

### ORDER OF DISMISSAL
_____

    This matter comes before the Court upon the Stipulated Motion to Dismiss, With Prejudice [Docket No. 145]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion to Dismiss, With Prejudice [Docket No. 145] is **GRANTED**. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all remaining claims asserted in this matter are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED April 20, 2011.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge